## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| In the Matter of the Search for stored data and information within a Mobile Telephone: | **APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** |
| | CASE NUMBER: 10-MJ-8172-DJW |

One (1) Blackberry cellular telephone, Model 8350i, bearing serial number 402C7D26BB; containing a Boost Mobile SIM Card with SIM ID Number 000834122708300.

**FILED**

AUG 2 4 2010

TIMOTHY M. O'BRIEN, Clerk
By _____ Deputy

I, William D. Johnson, being duly sworn depose and say:

I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and have reason to believe that in the District of Kansas, there is now concealed stored data and information within a certain property, namely:

One (1) Blackberry cellular telephone, Model 8350i, bearing serial number 402C7D26BB; containing a Boost Mobile SIM Card with SIM ID Number 000834122708300.

(please refer to attached affidavit for specific requested information), which are evidence, fruits, and instrumentalities of violations of federal law, including, but not limited to drug trafficking crimes in violation of Title 21, United States Code, Section 841(a)(1).

The facts to support a finding of Probable Cause are as follows:
(See Attached Affidavit by Affiant William D. Johnson)

Continued on the attached sheet and made a part hereof. **X** Yes ☐ No

_William D. Johnson_
William D. Johnson
Signature of Affiant

Sworn to before me, and subscribed in my presence this 24th day of August, 2010, at Kansas City, Kansas.

U.S. Magistrate Judge
David J. Waxse

_____
Signature of Judicial Officer

## AFFIDAVIT FOR SEARCH WARRANT

I, William D. Johnson, a Detective with the Kansas City Kansas Police Department, Narcotics Unit, being of lawful age, having first duly sworn upon my oath, do hereby depose and state:

I have been a law enforcement officer with the Kansas City Kansas Police Department since November 1, 1990. During the course of my employment, I have participated in all normal methods of investigation, including but not limited to electronic surveillance, visual surveillance, and questioning of witnesses and informants. I am currently assigned to a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force in Kansas City and hold a Special Deputation Appointment under the authority of the United States Department of Justice and the United States Marshals Service. I have received training in investigations sponsored by the Kansas City Metropolitan Metro Squad. I have also received training from the ATF Training and Professional Development Branch. I have participated in numerous firearm and narcotics related investigations, which led to the prosecution and conviction of suspects. To date, I have participated in the execution of over one hundred investigations that resulted in felony arrests and the confiscation of firearms and narcotics.

### Controlled Substance Distribution

Based on my training and experience, I am familiar with how controlled substances are manufactured, obtained, diluted, packaged, distributed, sold and used. Further, I know that individuals who deal in illegal controlled substances commonly

1

maintain addresses or telephone numbers in mobile telephones, utilizing the internal mobile phone electronic storage, which reflect names, addresses and/or telephone numbers for their associates, to include sources of supply, distributors, and customers in their criminal organizations. In addition to continuing their illegal businesses, these individuals utilize mobile telephone systems to maintain contact with their criminal associates. Based on my training and experience, I know that individuals engaged in the sales and distribution of illegal controlled substances commonly use numerous mobile telephones and change phone numbers in order to thwart law enforcement investigations. Mobile telephone companies require little or no personal information to activate these phones; thus making it nearly impossible to identify, even through use of subpoenas, the subscribers and their mobile phone numbers. In addition, some mobile telephones on the market today have built-in electronic digital cameras and video capabilities. Individuals who deal in illegal controlled substances take, or cause to be taken, photographs of themselves, their associates, their properties, and their illegal products and merchandise. These individuals usually maintain these photographs and videos in the internal electronic storage of the mobile phone.

### Investigation

Based upon investigation, I know that on August 22, 2010, Kansas City, Kansas Police Department officers attempted to conduct a traffic stop of silver 1991 Chevrolet Caprice driven by a white female. Officers observed the Caprice traveling eastbound on Powell Avenue from 40th street with an opaque piece of plastic covering the driver's side window. Officers believed this obstructed view constituted a traffic infraction. The Caprice's driver, and sole occupant, pulled into an alley between 35th and 36th streets.

The white female then departed the car and ran to the back door of 1304 S. 35th Street, Kansas City, Kansas, where she went inside. While still in their police vehicle, officers observed Jerome BIRDSONG Sr. working on a vehicle parked in the back yard at 1306 S. 35th Street. Officers had knowledge that BIRDSONG Sr. had active warrants for his arrest, and after confirming the warrants with dispatch, approached BIRDSONG Sr. and took him into custody for the warrants. During the process of taking BIRDSONG Sr. into custody, officers saw a white male subject run through the yard and into the back door of 1306 S. 35th street. Officers believed this individual to be a Curtis HALL, a person they knew to have active warrants. Officers then secured the 1306 S. 35th residence, and awaited additional units to arrive. When back-up units arrived, officers began to approach the front of the 1306 S. 35th residence.

At that time, Jessy BIRDSONG and Duane HARRIS came out of 1306 S. 35th's front door. Officers noticed a strong odor of burnt marijuana coming from inside the residence. Officers also noticed what appeared to be the burnt remnants of marijuana cigarettes on the front porch. A field-test of one of the suspected marijuana cigarettes showed positive for the presumptive presence of THC, the active ingredient contained in marijuana. While on 1306 S. 35th's front porch, an officer looked through the front door and observed a small black electronic scale and an empty handgun holster, lying in plain view inside the residence. Officers stopped and contacted a KCKPD detective for assistance in obtaining a search warrant for the residence.

A search warrant for the residence at 1306 S. 35th, issued by the Honorable Judge Ernest Johnson, Wyandotte County District Court Judge, was executed by KCKPD officers at approximately 2330 hours. A search of the residence revealed four-

3

hundred fifty-eight grams (458 grams gross weight) of a substance that field-tested positive to be methamphetamine. The methamphetamine was recovered from a floor vent in the dining room. Additionally, officers recovered an electronic scale and a loaded KelTec, Model P40, .40 caliber pistol, bearing serial number 60996. The methamphetamine was located in close proximity to the firearm, which was recovered from underneath the center cushion of the living room couch. The electronic scale was recovered from the coffee table in the living room. The holster was located on the living room floor, between where the firearm and metharnphetamine had been recovered.

Officers also recovered a Blackberry cellular telephone and over two-thousand dollars ($2000.00) in United States Currency from Jessy BIRDSONG during the booking process at the Wyandotte County Jail. In reference to the Blackberry cellular telephone, BIRDSONG told the officers to "just throw that piece of shit away, I don't want it anymore." When officers told BIRDSONG they would be placing his phone with his property, BIRDSONG immediately became concerned as to how soon his family could come and pick it up.

A search of Jessy BIRDSONG'S criminal history revealed prior felony convictions for Burglary to a Vehicle (four counts). The May 5, 2005 convictions stemmed from Johnson County, Kansas, District Court Case Number 03CR2958. Kansas Department of Corrections records indicate that Jessy BIRDSONG was discharged on July 13, 2007 and would be prohibited from the possession of a firearm under Kansas State Law, K.S.A. Section 21-4204.

A search of Duane HARRIS' criminal history revealed the following prior felony convictions: 1) On July 25, 2005, in Johnson County, Kansas, District Court Case

4

Number 03CR1602 for Possession of Methamphetamine; and 2) On August 28, 2008, in Johnson County, Kansas, District Court Case Number 07CR3149 for Burglary to a Vehicle. HARRIS is also prohibited from the possession of a firearm under Kansas State Law, K.S.A. 21-4204.

Based on the aforementioned facts, I believe the mobile phone recovered in this case, a Blackberry, Model 8350i, bearing serial number 402C7D26BB and containing a Boost Mobile SIM card, SIM ID number 000834122708300, contains information that will help identify narcotics' supply sources, as well as other co-conspirators. I know narcotic traffickers often refer to other co-conspirators by first name only, or by nickname, and store such information in the mobile phones' electronic phone book. I know that retrieving names, and the respective phone numbers associated with them, would assist in further identifying sources of supply and co-conspirators that would be difficult or nearly impossible to identify without direct knowledge of these individuals. I know that the latest trend in narcotics trafficking is to use pre-paid mobile phones that require little or no personal information to activate. Consequently, the effectiveness of utilizing administrative subpoenas on respective mobile phone companies is limited when individuals do not provide personal information. I know that traffickers utilize mobile phones equipped with digital cameras and use such devices to photograph narcotics and proceeds from narcotics sales. I know that drug traffickers often photograph themselves and with other co-conspirators.

Therefore, I believe probable cause exists for the issuance of a search warrant to search the Blackberry, Model 8350i, bearing serial number 402C7D26BB and

containing a Boost Mobile SIM card, SIM ID number 000834122708300 for stored information, to include: owner information, contact names and telephone numbers, text and voice messages, photographs and videos, and any stored history regarding incoming, out-going, or missed calls.

*William D. Johnson*
William D. Johnson
ATF Task Force Officer

Sworn to before me, and subscribed in my presence this 24th day of August, 2010, at Kansas City, Kansas.

*David J. Waxse*
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

6